1  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4
   ELAINE T. BYSZEWSKI (CA Bar No. 222304)
5  LEE M. GORDON (CA Bar No. 174168)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  700 South Flower Street, Suite 2940
   Los Angeles, CA  90017
7  Telephone:  (213) 330-7150
   Facsimile:  (213) 330-7152
8
   Attorneys for Plaintiff
9
   [Additional Counsel Listed On Signature Page]
10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14

| JOHN KIEL PATTERSON, individually and on behalf of all others similarly situated, | ) ) ) | Case No. C 06-00699 JW |
|---|---|---|
| Plaintiff, | ) ) ) | **PLAINTIFF'S NOTICE OF DISMISSAL** |
| v. | ) ) | |
| APPLE COMPUTER, INC., | ) ) | |
| Defendant. | ) ) | |

1  TO THE CLERK OF THE ABOVE-NAMED COURT AND TO ALL PARTIES AND
2  THEIR COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE that Plaintiff JOHN KIEL PATTERSON, by and through his
4  counsel, hereby gives notice to this Court to dismiss this matter pursuant to Federal Rule of Civil
5  Procedure, Rule 41(a)(1). Such dismissal is appropriate pursuant to Rule 41(a)(1) because the
6  opposing party has not yet answered the suit or filed a Motion for Summary Judgment. The case
7  entitled "Joseph Birdsong, individually and as represetive of the Class v. Apple Computer, Inc.,"
8  Case No. C. 06-02280 JW RS, currently pending before this Court will serve to protect the rights of
9  the class members.

DATED: May 24, 2006

HAGENS BERMAN SOBOL SHAPIRO LLP
LEE M. GORDON
ELAINE T. BYSZEWSKI


By _____/s/_____
   Lee M. Gordon
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone: (213) 330-7150

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

Christopher K. Jones
KEOGH, COX & WILSON, Ltd.
701 Main Street
Baton Rouge, LA 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF DISMISSAL**